IN RE: ESTATE OF Edward
C. WAGNER, Deceased

Petition of: Janet S. Wagner and
James R. Wagner, Jr.

No. 223 WAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Maurice WILLIAMS, Petitioner

No. 326 EAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Aleksande SHWARZ, Petitioner

No. 291 EAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.